## MICHAEL DOUSMAN *versus* BENJAMIN W. HOPKINS, WILLIAM H. PUTHUFF, JOHN HAMILL AND GEORGE BROWN

JOURNAL ENTRIES (1819–22): *Journal 2:* (1) Continued *p. 676. *Journal 3:* (2) Continued *p. 157; (3) discontinued *p. 271.
PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) sheriff's fee bill.
*Office Docket,* MS p. 44, c. 5; p. 58, c. 1.

## RUFUS SETH REED AND DeGARMO JONES *versus* JOHN C. POTTER AND BENJAMIN CHITTENDEN

JOURNAL ENTRIES (1819): *Journal 2:* (1) Discontinued, judgment *p. 677.
PAPERS IN FILE: [None]
*Office Docket,* MS p. 63, c. 3.